Jerome J. Tyda, by Paul Tyda, his next friend, Plaintiff-Appellant, v. Reiter-Schmidt, Inc., Defendant-Appellee.

Gen. No. 11,124.

Second District, First Division.

February 11, 1958.

Released for publication February 28, 1958.

Locke and Locke (Lewis V. Morgan, Jr., of counsel) for appellant; Rathje & Woodward (William G. Rathje, of counsel) for appellee. Opinion by JUSTICE SPIVEY. Not to be published in full.